IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| **DAVID HALL and TERESA HALL,** | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:22-cv-00323 |
| | § | |
| **HUGHES WATTERS ASKANASE, LLP; JENNIFER M. MCCAMMON; and THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATES, SERIES 2007-1,** | § § § § § § § | |
| *Defendants*. | § § | |

**DEFENDANT BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2007-1'S
INDEX OF STATE COURT RECORDS**

**Exhibit 1**: Certified State Court Docket Sheet

**Exhibit 2**: Plaintiffs' Original Petition

**Exhibit 3**: Citation to Hughes Watters Askanase, LLP

**Exhibit 4**: Citation to Jennifer M. McCammon

**Exhibit 5**: Citation to The Bank of New York Mellon

**Exhibit 6**: Order Granting Plaintiffs' Motion to Redact Banking Information from Plaintiffs' Original Petition

**Exhibit 7**: Return of Service of Citation to Hughes Waters Askanase LLP

**Exhibit 8**: Return of Service of Citation to Jennifer M. McCammon

**Exhibit 9**: Original Answer and Request for Disclosure filed by Jennifer M. McCammon

---

**Defendant Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-1's
Index of State Court Records**

| | |
|---|---|
| **Exhibit 10**: | Original Answer and Request for Disclosure filed by Hughes Watters Askanase, LLP |
| **Exhibit 11**: | Rule 11 Agreement regarding Answer Deadline |
| **Exhibit 12**: | Defendant The Bank of New York Mellon Corporation's Original Answer, Affirmative Defenses, and Special Exceptions |
| **Exhibit 13**: | Order Granting Unopposed Motion for Continuance of the November 29, 2021 Trial Setting |
| **Exhibit 14**: | First Amended Answer of Hughes Watters Askanase, LLP and Jennifer McCammon |
| **Exhibit 15**: | Defendant Hughes Watters Askanase, LLP and Jennifer McCammon's Special Exceptions |
| **Exhibit 16**: | Plaintiffs' Response to Defendants Hughes Watters Askanase, LLP and Jennifer McCammon's Special Exceptions |
| **Exhibit 17**: | Order Overruling Defendants Hughes Watters Askanase, LLP and Jennifer McCammon's Special Exceptions |
| **Exhibit 18**: | Defendant Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-1's First Amended Answer, Affirmative Defenses, and Special Exceptions |
| **Exhibit 19**: | Defendant The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-1's Motion for Leave to Designate Responsible Third Parties |
| **Exhibit 20**: | Plaintiffs' Objection to Defendant The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates Series 2007-1's Motion for Leave to Designate Responsible Third Parties |
| **Exhibit 21**: | Letter Ruling on Defendants Hughes Watters Askanase, LLP and Jennifer McCammon's Motion for Summary Judgment |
| **Exhibit 22**: | Order Granting Defendants Hughes Watters Askanase, LLP and Jennifer McCammon's Traditional Motion for Summary Judgment |
| **Exhibit 23**: | Plaintiffs' First Amended Petition |

**Defendant Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-1's Index of State Court Records**

TA 129347.1

**Exhibit 24**: Defendant The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc.'s, Asset-Backed Certificates Series 2007-1's Reply in Support of Motion for Leave to Designate Responsible Third Parties

**Exhibit 25**: Defendant Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-1's Second Amended Answer, Affirmative Defenses, and Special Exceptions

**Defendant Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-1's Index of State Court Records**

TA 129347.1

Respectfully submitted,

By:   */s/ Jacob Sparks*
**JACOB SPARKS**
Texas Bar No. 24066126
Email: JSparks@SpencerFane.com

**MAVISH BANA**
Texas Bar No. 24096653
Email: MBana@SpencerFane.com

**SPENCER FANE LLP**
5700 Granite Parkway, Suite 650
Plano, Texas 75024
Tel:   (214) 750-3610
Fax:   (214) 750-3612

**ATTORNEYS FOR BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2007-1**

---

**Defendant Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-1's Index of State Court Records**

TA 129347.1

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2022, I served this document on the following party in compliance with the Federal Rules of Civil Procedure:

Mark Sparks
Ferguson Law Firm
350 Pine Street, Suite 1440
Beaumont, Texas 77701
Email: mark@thefergusonlawfirm.com

C. Ed Harrell
Hughes Watters Askanase, LLP
1201 Louisiana Street, 28th Floor
Houston, Texas 77002
Email: eharrell@hwa.com

Barbara J. Barron
MehaffyWeber, P.C.
2615 Calder Ave., Ste. 800
Beaumont, Texas 77702
Email: BarbaraBarron@MehaffyWebber.com

Christy Amuny
GERMER PLLC
550 Fannin, Suite 400
Beaumont, Texas 77701
Tel: 409/654-6700
Fax: 409/835-2115
Email: camuny@germer.com

By: */s/ Jacob Sparks*
**Jacob Sparks**

---

**Defendant Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-1's Index of State Court Records**

TA 129347.1